# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BNSF RAILWAY COMPANY,** ) <br> A Delaware Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **CITY OF EDMOND, OKLAHOMA,** ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. CIV-19-769-G |

## ORDER OF PRELIMINARY INJUNCTION

For the reasons set forth in the Court's Order granting Plaintiff's Motion for Preliminary Injunction issued this date, the Court orders as follows:

Defendants herein, their officers, agents, servants, employees, and attorneys, and persons acting in concert with those individuals, are hereby enjoined from enforcing title 66, section 190 of the Oklahoma Statutes until such time as a final decision is issued on the merits of this case.

IT IS SO ORDERED this 30th day of October, 2019.

_____
CHARLES B. GOODWIN
United States District Judge