IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BNSF RAILWAY COMPANY, )<br>           Plaintiff, )<br>v.                                                            )<br>                                                              )<br>CITY OF EDMOND, OKLAHOMA, )<br>CITY OF DAVIS, OKLAHOMA, )<br>TODD HIETT, *in his official capacity as* )<br>CHAIRMAN OF THE OKLAHOMA )<br>CORPORATION COMMISSION, )<br>BOB ANTHONY, *in his official capacity as* )<br>VICE-CHAIRMAN OF THE )<br>OKLAHOMA CORPORATION )<br>COMMISSION, DANA MURPHY, *in her* )<br>*official capacity as* COMMISSIONER OF )<br>THE OKLAHOMA CORPORATION )<br>COMMISSION, )<br>           Defendants, )<br>And                                                       )<br>                                                              )<br>MIKE HUNTER, *in his official capacity as* )<br>ATTORNEY GENERAL OF THE STATE )<br>OF OKLAHOMA, )<br>           Defendant-Intervenor. ) | Case No. CIV-19-769-G |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AS TO BRYAN R. LYNCH**

Bryan R. Lynch ("Movant") respectfully moves the Court for an order allowing him to withdraw as counsel of record for Plaintiff BNSF Railway Company ("BNSF"). This motion is made on the grounds that:

1. Movant is leaving Conner & Winters, LLP ("Conner & Winters") to join another firm.

2. Plaintiff BNSF will continue to be represented in this action by R. Richard Love, III and J. Dillon Curran of Conner & Winters.

WHEREFORE, Movant respectfully requests the Court enter an order granting Bryan R. Lynch leave to withdraw as counsel of record for Plaintiff BNSF.

Respectfully Submitted,

*s/Bryan R. Lynch*
R. Richard Love, III, OBA #14770
J. Dillon Curran, OBA #19442
Bryan R. Lynch, OBA #33559
1700 One Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102-7101
405/ 272-5711
rlove@cwlaw.com
dcurran@cwlaw.com
blynch@cwlaw.com

**Attorneys for Plaintiff BNSF Railway Company**

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

*s/Bryan R. Lynch*
Bryan R. Lynch