UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BNSF RAILWAY COMPANY, ) <br> A Delaware Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF EDMOND, OKLAHOMA, ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. CIV-19-769-G |

## ORDER

Now before the Court is Plaintiff's counsel Bryan Lynch's Motion to Withdraw.

The Motion notes that other counsel will remain of record for Plaintiff.

Plaintiff's counsel's Motion to Withdraw (Doc. No. 60) therefore is GRANTED.

IT IS SO ORDERED this 26th day of October, 2020.

_____
CHARLES B. GOODWIN
United States District Judge