IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BNSF RAILWAY COMPANY,<br>                                 *Plaintiff,*<br>v.<br>CITY OF EDMOND, OKLAHOMA,<br>CITY OF DAVIS, OKLAHOMA<br>TODD HIETT, *in his official capacity as* CHAIRMAN OF THE OKLAHOMA CORPORATION COMMISSION,<br>BOB ANTHONY, *in his official capacity as* VICE-CHAIRMAN OF THE OKLAHOMA CORPORATION COMMISSION,<br>DANA MURPHY *in her official capacity as* COMMISSIONER OF THE OKLAHOMA CORPORATION COMMISSION,<br>                                 *Defendants,*<br>and<br>MIKE HUNTER, *in his official capacity as* ATTORNEY GENERAL OF THE STATE OF OKLAHOMA,<br>                          *Defendant-Intervenor.* | Case No:      CIV-19-769-G |

## NOTICE OF APPEAL

Notice is hereby given that Defendant-Intervenor Mike Hunter assumes control of all of the State of Oklahoma's interest in this case under OKLA. STAT. tit. 74, § 18b, and hereby appeals to the United States Court of Appeals for the Tenth Circuit the final judgment entered in this action on November 30, 2020 on behalf of all Defendant state officers.

1

Respectfully Submitted,

_/s/ Bryan Cleveland_

MITHUN MANSINGHANI, OBA #32453
  *Solicitor General*
BRYAN CLEVELAND, OBA #33680
  *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
Mithun.Mansinghani@oag.ok.gov
Bryan.Cleveland@oag.ok.gov

*Counsel for Defendant-Intervenor Mike Hunter, in his official capacity as Attorney General of the State of Oklahoma; Defendant Todd Hiett, in his official capacity as Chairman of the Oklahoma Corporation Commission; Defendant Bob Anthony, in his official capacity as Vice-Chairman of the Oklahoma Corporation Commission; and Defendant Dana Murphy, in her official capacity as Commissioner of the Oklahoma Corporation Commission*